## STATE
### v.
### Lawrence M. LANOUE.
### No. 81–615–M.P.

Supreme Court of Rhode Island.

Dec. 17, 1981.

Dennis J. Roberts II, Atty. Gen., Michael J. McEntee, Sp. Asst. Atty. Gen., for plaintiff.

Griffin & Higgins, Kirk Y. Griffin, Boston, Mass., for defendant.

### ORDER

Treating the defendant's motion for bail as a petition for writ of habeas corpus, the petition is hereby granted. This matter is remanded to the Superior Court with directions that said court conduct a bail hearing forthwith as is required by Super.R. Crim.P. 5.

### DECORATIVE FABRICS CO., INC.
### v.
### Fernando VIEIRA.
### No. 79–324–A.

Supreme Court of Rhode Island.

Jan. 14, 1982.

Anderson, Henning & Anderson, Catherine Carroll-Chiulli, Providence, for plaintiff-appellee.

Lovett & Linder, Raul L. Lovett, Lauren E. Jones, Providence, for defendant-appellant.

### ORDER

This case is assigned to the *show cause* calendar.

The employee is directed to appear on a date to be assigned and show cause why his appeal should not be dismissed in light of the fact that the Appellate Commission apparently did not err in dismissing the employee's claim of appeal for his failure to file the reasons of appeal within the time specified by the Commission.

### Lillian B. LEMOI et al.
### v.
### NATIONWIDE MUTUAL INSURANCE COMPANY et al.
### No. 80–538–A.

Supreme Court of Rhode Island.

Jan. 14, 1982.

Paul P. Baillargeon, Woonsocket, for plaintiffs.

John G. Carroll, Providence, for defendants.

### ORDER

This case is assigned to the *show cause* calendar.

The defendants are directed to appear on a date to be assigned and show cause why the plaintiffs' appeal should not be sustained in light of this court's decision in *Taft v. Cerwonka*, R.I., 433 A.2d 215 (1981).